[S. F. No. 14566. In Bank.—May 31, 1932.]

MT. SHASTA POWER CORPORATION (a Corporation), Petitioner, v. THE SUPERIOR COURT OF SHASTA COUNTY et al., Respondents.

William B. Bosley; Chenoweth & Leininger, Athearn, Chandler & Farmer and Frank R. Devlin for Petitioner.

Jesse W. Carter, Arthur C. Huston and Annette Abbott Adams for Respondents.

THE COURT.—Mandate to compel respondent judge to settle a bill of exceptions on appeal from a judgment for the plaintiff in an action brought in the respondent court

entitled: *Roderick McArthur* v. *Mt. Shasta Power Corp.,* (No. 6318). The facts presented by the record herein are the same, so far as pertinent, as those involved in the case of *Mt. Shasta Power Corp.* v. *Superior Court,* (No. S. F. 14565) *ante,* p. 559 [12 Pac. (2d) 10], this day decided. On the authority of that case it is ordered that the peremptory writ issue as prayed.